IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CESAR ALDAIR SAGASTUME ORELLANA,   *

           Petitioner,         *

v.                          Case No.  7:26-cv-21 (WLS-CHW)

                           *

WARDEN IRWIN COUNTY DETENTION
CENTER,                        *

           Respondent.       *

_____

## J U D G M E N T

Pursuant to this Court's Order dated January 29, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner to the extent that Respondents shall provide Petitioner with a bond hearing to determine if the Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

This 30th day of January, 2026.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk